| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Morgan, Jr., Henry C | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Sr. Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address<br><br>United States District Court<br>600 Granby Street, Room 307<br>Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 15 P 1:47 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/06-12/06 | Real Estate Agent, Rose and Womble Realty- Commissions |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Trial Advocacy College & University of Virginia Law School | 1/11-13/2006 - Educational Seminar, Charlottesville, VA (Transportation) |
| 2. | New York Intellectual Property Law Association | 3/24-26/2006 - Activity of professional association, New York, NY (Transportation, Lodging, Food) |
| 3. | Washington & Lee University School of Law | 10/27-28/2006 - Educational Seminar, Lexington, VA (Lodging, Food) |
| 4. | Open World Program, American Councils for International Education | 9/13-15/2005 - Meeting with another government entitity (Russian Judges), Washington, DC (Transportation) |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 05/10/2007 |

5. _____

6. _____

7. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. A.B. Watley Group, Inc. (X) | A | Dividend | J | T | | | | | |
| 2. AT&T | A | Dividend | | | Sold | | J | | |
| 3. American Home Products | A | Dividend | | | Sold | | J | | |
| 4. Cap. Rlty. Invests. II | A | Dividend | | | Sold | 2002 | J | | |
| 5. Cardinal Financial Corp. | A | Dividend | | | Sold | 2002 | J | | |
| 6. Cisco Systems | A | Dividend | | | Sold | 2004 | J | | |
| 7. Clayton Homes Del. | A | Dividend | | | Sold | | J | | |
| 8. Davis NY Venture Fd B | A | Dividend | | | Sold | | J | | |
| 9. GE | A | Dividend | | | Sold | | J | | |
| 10. Heritage Bankshares, Inc. | A | Dividend | | | Sold | | J | | |
| 11. IRA, Towne Investment Group (X) | A | Interest | J | T | | | | | |
| 12. IRA, UBS Financial Services, Inc. (X) | G | Interest | P1 | T | | | | | |
| 13. - AmSouth Bank Corp. | | | | | Part. Sale | 3/15 | K | | |
| 14. - AmSouth Bank Corp. | | | | | Part. Sale | 4/5 | K | | |
| 15. - AmSouth Bank Corp. | | | | | Part. Sale | 4/11 | K | | |
| 16. - AmSouth Bank Corp. | | | | | Sold | 5/11 | K | | |
| 17. - Intel Corp. | | | | | Sold | 3/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Microsoft Corp. | | | | | Sold | 3/15 | J | | |
| 19.   J. Hancock Financial | A | Dividend | | | Sold | | J | | |
| 20.   Lawyer's Custody Acct. | A | Interest | J | W | | | | | |
| 21.   Luria L Son Inc. | A | Dividend | J | T | | | | | |
| 22.   MLH INCM RLTY Partnership I held in custody | A | Dividend | | | Sold | 2002 | J | | |
| 23.   ML US Govt. Mortgage Fund | A | Dividend | | | Sold | | J | | |
| 24.   The Ohio Natl. Life Ins. Co. (annuity) | A | Interest | | | Sold | | J | | |
| 25.   Pfizer, Inc. | A | Dividend | | | Sold | | J | | |
| 26.   PW Retirement Money Fund (X) | | | | | | | | | |
| 27.   Tax Exempt Bond Fund of Va 2nd Series | A | Interest | | | Sold | | J | | |
| 28.   Texas Inst. | A | Dividend | | | Sold | | J | | |
| 29.   TowneBank | C | Dividend | O | T | | | | | |
| 30.   TowneBank | | | | | | | | | |
| 31.   - Columbia Acorn Int'l Fund Class B (Mutual Fund) (X) | A | Dividend | J | T | | | | | |
| 32.   - Columbia Conservative High Yield Fund Class B (X) | A | Dividend | J | T | | | | | |
| 33.   -Heritage Cash Trust (X) | A | Dividend | L | T | | | | | |
| 34.   TowneBank Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wachovia Securities (X) | | | | | | | | | |
| 36. - Computerized Thermal Imaging, Inc. (X) | A | Dividend | J | T | | | | | |
| 37. - Middleby Corp. (X) | A | Dividend | J | T | | | | | |
| 38. - Roche Holdings Ltd. ADR (X) | A | Dividend | J | T | | | | | |
| 39. - Wachovia Corp. (X) | A | Dividend | J | T | | | | | |
| 40. Waterside Capital Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS and TRUSTS

26. PW Retirement Money Fund. Formerly Paine Webber, predecessor to UBS Financial Services, Inc., is now listed under line 12, IRA UBS Financial Services, Inc.

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Jr., Henry C | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Date 5/14/07

NOTE: AN ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544